IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-333-FDW-DCK

| | |
|---|---|
| WINSTON HAMILTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE ENERGY CORPORATION, and ) <br> DUKE ENERGY BUSINESS SERVICES LLC, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Initial Attorney's Conference" (Document No. 24) filed September 18, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Initial Attorney's Conference" (Document No. 24) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference within **fourteen (14) days** of the Court's ruling on "Defendants' Motion To Dismiss Plaintiff's First Amended Complaint" (Document No. 18).

**SO ORDERED**.

Signed: September 19, 2023

David C. Keesler
United States Magistrate Judge